**Order entered February 14, 2017**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-17-00154-CV

### IN RE LIBERTY BROWN, Relator

---

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16449**

---

## ORDER
Before Justice Francis, Justice Fillmore, and Justice Whitehill

Based on the Court's opinion of this date, we **DISMISS** relator's February 13, 2017 petition for writ of mandamus for want of jurisdiction.


/s/      BILL WHITEHILL
         JUSTICE